UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NASHVILLE ACUPUNCTURE CLINIC, PLLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HOLISTIC BILLING SERVICES, LLC )<br>)<br>Defendant. ) | Case No. 3:23-cv-00572<br><br>Judge Aleta Trauger |

**PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Comes the Plaintiff, Nashville Acupuncture Clinic, PLLC, by and through counsel, and moves to amend its Complaint pursuant to Rule 15(a)(1)(B) Fed. R. Civ. P. In support of said Motion, Plaintiff would state and show that Defendant, Holistic Billing Services, LLC, filed a Motion to Dismiss on July 19, 2023, raising certain alleged pleadings defects to a state complaint originally filed in the Circuit Court for Davidson County, Tennessee. Pursuant to Rule 15(a)(1)(B) Fed. R. Civ. P. a Plaintiff may amend its Complaint in response to a Motion to Dismiss. Such is the case herein.

For the foregoing reasons, the Plaintiff respectfully moves this Court to be permitted to amend its Complaint.

Respectfully submitted,

**KLINE PRESTON LAW GROUP**

*/s/ G. Kline Preston, IV, Esq.*
G. Kline Preston, IV, Esq. (#017141)
Belle Meade Office Park
4515 Harding Pike, Suite 107
Nashville, Tennessee 37205
Tel: (615) 649-8680
Fax: (866) 610-9565
kpreston@klineprestonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent via U.S. Mail, postage pre-paid, and/or electronic mail on this the 2nd day of August, 2023 to the following:

Mr. Brian F. Irving (TN BPR No. 033945)
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
(615) 742-6200
(615) 742-6293 (fax)
birving@bassberry.com
*Attorney for Defendant*

*/s/ G. Kline Preston, IV, Esq.*
G. Kline Preston, IV, Esq.
